**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CHARGUALAF, | Case No. EDCV 10-01851 VAP(DTBx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HOMEQ LOAN SERVICING, AND DOES 1 THROUGH 100, INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 11, 2011

VIRGINIA A. PHILLIPS
United States District Judge